19 So.3d 479 (2009)
Gary E. PATTERSON, et al.
v.
BP PRODUCTION NORTH AMERICA, INC., et al.
Gary E. Patterson, et al.
v.
BP Production North America, Inc., et al.
Gary E. Patterson, et al.
v.
BP Production North America, Inc., et al.
Gary E. Patterson, et al.
v.
BP Production North America, Inc., et al.
Sidney Herold Lazard, et al.
v.
Marathon Oil Company, et al.
Gary E. Patterson, et al.
v.
BP Production North America, Inc., et al.
Sidney Herold Lazard, et al.
v.
Marathon Oil Company, et al.
No. 2009-CC-1414.
Supreme Court of Louisiana.
October 16, 2009.
Denied.
KIMBALL, C.J., would grant.
VICTORY, J., would grant.
GUIDRY, J., would grant.